# SCHWABER & KAFER P.C.

### ATTORNEYS AT LAW

FERN H. SCHWABER
SUSAN M. KAFER

350 SEVENTH AVENUE, SUITE 604
NEW YORK, NEW YORK 10001

TEL: (212) 643-9140
FAX: (212) 643-9151
Fschwaber@aol.com
Kaferesq@aol.com

**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 1 4 2006 ★

BROOKLYN OFFICE

**By Telefax and First Class Mail**

January 18, 2006

Hon. Jack B. Weinstein
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Unites States v. Gloria Nwosu
     Criminal Docket No. 04-0385(JBW)

Your Honor:

On November 23, 2005, this Court appointed counsel to represent Ms. Nwosu. A hearing is scheduled for January 24, 2006. By letter dated January 3, 2006, undersigned counsel supplemented Ms. Nwosu's application.

Since the filing of the supplemental papers, I have had further conversations with government counsel and Ms. Nwosu. Ms. Nwosu has advised me this date that she wishes to withdraw her application, including counsel's supplemental filing.

Thus, by this letter, please consider Ms. Nwosu's application withdrawn.

Respectfully Yours,

FERN H. SCHWABER
FHS/jh
cc:  Clerk, Eastern District of New York (by ECF)
     Robert M. Radick, Assistant United States Attorney (by ECF)
     Gloria Nwosu (by first class mail)